UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JACINDA BLANCHARD** | § | Docket No. 2:23-cv-04451 |
| | § | |
| **Versus** | § | |
| | § | Judge: SUSIE MORGAN |
| | § | |
| **VELOCITY SPECIALTY** | § | |
| **INSURANCE COMPANY** | § | Magistrate Judge: JANIS VAN |
| | § | MEERVELD |

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, JACINDA BLANCHARD, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 25, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client by email and phone calls multiple times after the filing of the lawsuit.

6. In a last effort to contact the client, Galindo Law visited the last known home address of the Plaintiff on November 11th, 2023. Upon visiting the last known home address of the Plaintiff, no one answered the door and a brochure was left with the contact information of Galindo Law and a message stating the importance of the Plaintiff reaching out to Galindo Law regarding their claim. As such, undersigned counsel has not had communication with the Plaintiff after doing all due diligence.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**